**Fill in this information to identify the case:**

Debtor name: Begin a Legacy, Inc.
United States Bankruptcy Court for the: Central District of CA (State)
Case number (If known): 2:21-bk-10575-SK

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fair Isaac Corporation<br>181 Metro Drive<br>San Jose, CA 95110 | Jim Woodward, Deputy General Counsl<br>jimwoodward@fico.com | Trade debt | | | | $300,000.00 |
| 2 | Dentons Law<br>601 S Figueroa St, #2500<br>Los Angeles, CA 90017 | Anne Bruscella, Client Services Manager<br>ann.bruscella@dentons.com | Trade debt | | | | $209,708.00 |
| 3 | Perlman and Perlman<br>521 Fifth Ave, 30th Fl.<br>New York, NY 10175 | Jon Dartley<br>Jon@perlmanandperlman.com | Trade debt | | | | $20,000.00 |
| 4 | Allen S. Church<br>140 Proprietors Crossing<br>New Canaan, CT 06840 | aschurch@optonline.net | Promissory Note | | | | $250,000.00 |
| 5 | Leonard Sessa<br>555 Northern Blvd<br>Great Neck, NY 11021 | Leonardvito@gmail.com | Promissory Note | | | | $100,000.00 |
| 6 | Michael Conway<br>1224 Waverly Road<br>Gladwyne, PA 19035 | michael_conway@mckinsey.com | Promissory Note | | | | $25,000.00 |
| 7 | Robbie Trombosky<br>353 S Doheny Drive<br>Beverly Hills, CA 90211 | Robbie Trombosky<br>robbie@sageadvisors.com | Reimbursements | | | | $21,000.00 |
| 8 | | | | | | | |

Debtor   Begin a Legacy, Inc.
         Name

Case number (if known) 2:21-bk-10575-SK

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |